[No. 65427-6-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT BENSHOOF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04161-6, Ronald Kessler, J., entered April 22, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 65431-4-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BOOME, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01061-3, Ira Uhrig, J., entered April 29, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.

[No. 65603-1-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LOUIE HARDING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06464-1, Laura Gene Middaugh, J., entered June 21, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65647-3-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES KEENAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07390-9, Jeffrey M. Ramsdell, J., entered June 25, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.